UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JEFFREY WILENS,<br><br>   Plaintiff,<br>  v.<br><br>AUTOMATTIC INC, et al.,<br><br>   Defendants.<br>_____/ | No. C 14-02419 LB<br><br>**ORDER DENYING AS MOOT DEFENDANT TLDS LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[Re: ECF No. 14] |

On May 25, 2014, Plaintiff Jeffrey Wilens filed a complaint against Defendants Automatic, Inc., TLDS LLC, Google, Inc., and Does 1-100 for trademark infringement in violation of the Lanham Act, 15 U.S.C. § 1125(a)(1), and for violation of the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d). Complaint, ECF No. 1. All Defendants have been served and have appeared in the action, and all parties have consented to the undersigned's jurisdiction. Per their stipulation with Mr. Wilens, Automatic, Inc. and Google, Inc. have until July 23, 2013 to respond to the Complaint, Stipulation, ECF No. 20, but TLDS LLC filed a motion to dismiss that it noticed for hearing on August 7, 2014, Motion to Dismiss, ECF No. 14.

In response to the motion, and pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Mr. Wilens filed a First Amended Complaint that dropped TLDS LLC as a defendant to the action and that added a claim for defamation against Doe 1. First Amended Complaint, ECF No. 23; *see* Schwarzer, Tashima & Wagstaffe, CALIFORNIA PRACTICE GUIDE: FEDERAL CIVIL PROCEDURE BEFORE TRIAL §§ 8:1386 (amendment under Rule 15 may be used to drop a party), 8:1551 (amended

complaint that voluntarily drops a defendant named in the original complaint effectively dismisses that defendant from the action).  In light of the First Amended Complaint, the court **DENIES AS MOOT** TLDS LLC's motion to dismiss.

**IT IS SO ORDERED.**

Dated: July 3, 2014

_____
LAUREL BEELER
United States Magistrate Judge