UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JEFFREY WILENS, | No. C 14-02419 LB |
| Plaintiff, | **ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE AND SETTING THE DEADLINE FOR PLAINTIFF TO SERVE DEFENDANT DOE 1** |
| v. | |
| AUTOMATTIC INC, et al., | |
| Defendants. | |

On May 25, 2014, Plaintiff Jeffrey Wilens filed a complaint against Defendants Automatic, Inc., TLDS LLC, Google, Inc., and Does 1-100 for trademark infringement in violation of the Lanham Act, 15 U.S.C. § 1125(a)(1), and for violation of the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d).  Automatic, TLDS, and Google have been dismissed from this action, and now Mr. Wilens is attempting to identify and serve Doe 1.  Under Federal Rule of Civil Procedure Rule 4(m), Mr. Wilens had 120 days to serve Doe 1, but on September 18, 2014, and again on November 4, 2014, the court stated that, in light of his efforts to identify Doe 1, it would give Mr. Wilens additional time to do so.

Given this situation, the court continues the November 13, 2014 case management conference to **February 12, 2015 at 11:00 a.m.** in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California 94102.  A joint case management statement is due no later than February 5, 2015.  For now, the court also sets **February 5, 2015** as the deadline for him to serve Doe 1.

C 14-02419 LB
ORDER

1 **IT IS SO ORDERED.**

2 Dated: November 10, 2014

3 _____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**