1

2

3

4

5

6

7

8                           UNITED STATES  DISTRICT COURT

9                           Northern District of California

10                                    San Francisco

11   JEFFREY WILENS,                              No. C 14-02419 LB

12                      Plaintiff,                **ORDER REGARDING PLAINTIFF'S**
           v.                                     **MOTION FOR LEAVE TO SERVE**
13                                                **DOE 1 BY EMAIL**
     AUTOMATTIC INC, et al.,

14
                        Defendants.
15   _____/

16      In this case involving Plaintiff Jeffrey Wilens's claims for trademark infringement and violation

17   of the Anticybersquatting Consumer Protection Act, Mr. Wilens seeks leave to serve Defendant Doe

18   1 by email.  *See* Motion, ECF No. 45.  His request shows his extensive efforts to find Doe 1, and

19   those efforts support granting his request, but his declaration asserts factual allegations that ought to

20   be supported by appropriate references that either establish the basis of knowledge (*e.g.*, how Mr.

21   Wilens knows that the website(s) exists) or documents the fact assertion (*e.g.*, a screenshot of the

22   web site(s)).  The court thus directs Mr. Wilens to file a declaration by January 16, 2015 that

23   sufficiently supports his motion.  Upon receipt of it, the court will issue an order regarding his

24   motion.

25      **IT IS SO ORDERED.**

26   Dated: January 12, 2015

27                                                _____
                                                 LAUREL BEELER
28                                               United States Magistrate Judge