UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JEFFREY WILENS,<br><br>        Plaintiff,<br>    v.<br>AUTOMATTIC INC, et al.,<br><br>        Defendants.<br>_____/ | No. C 14-02419 LB<br><br>**SECOND ORDER REGARDING PLAINTIFF'S MOTION FOR LEAVE TO SERVE DOE 1 BY EMAIL** |

In this case involving Plaintiff Jeffrey Wilens's claims for trademark infringement and violation of the Anticybersquatting Consumer Protection Act, Mr. Wilens seeks leave to serve Defendant Doe 1 by email. (*See* Motion, ECF No. 45.) As the court noted in its 1/12/2015 order, while his request shows his extensive efforts to find Doe 1, and those efforts support granting his request, his declaration (ECF No. 45 at 20-28) does not adequately support his factual assertions. Thus, the court directed Mr. Wilens to submit another declaration. He did, but he attached only evidence to support the factual assertions in paragraphs 3-8 of his original declaration. What the court needs, however, is evidence to support the factual assertions in paragraphs 10-34 of his original declaration (e.g., emails between Mr. Wilens and the person at jeffypetrov@mail.ru; records from TLDS showing that jeffreywilens.com was registered by someone named "Konstantin Petrov"; etc.). (*See* ECF No. 45 at 23-28.) The court thus directs Mr. Wilens to file a declaration by February 6, 2015 that sufficiently supports his motion. Upon receipt of it, the court will issue an order regarding his motion.

C14-02419 LB
ORDER

**IT IS SO ORDERED.**

Dated: January 29, 2015



_____
LAUREL BEELER
United States Magistrate Judge

C14-02419 LB
ORDER