UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JEFFREY WILENS,

    Plaintiff,

  v.

DOE DEFENDANT NO. 1,

    Defendant.

Case No. 14-CV-02419-LHK

**ORDER VACATING ORDER AMENDING AND ADOPTING REPORT AND RECOMMENDATION**

In light of Magistrate Judge Laurel Beeler's filing of an Amended Report and Recommendation (the "Amended Report") to grant Plaintiff Jeffrey Wilens's motion for default judgment, *see* ECF No. 72, the Court hereby VACATES its prior Order Amending and Adopting the Report and Recommendation, *see* ECF No. 71. The Amended Report, which Judge Beeler filed on July 31, 2015, corrected citation and typographical errors only.

The parties have fourteen (14) days from the date of this Order to object to the Amended Report. *See* Fed. R. Civ. P. 72(b).

**IT IS SO ORDERED.**

Dated: August 3, 2015

                                        */s/ Lucy H. Koh*
LUCY H. KOH
United States District Judge