UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY WILENS,<br><br>        Plaintiff,<br><br>    v.<br><br>DOE DEFENDANT NO. 1,<br><br>        Defendant. | Case No. 14-CV-02419-LHK<br><br>**REQUEST FOR MAGISTRATE JUDGE TO RESPOND TO PLAINTIFF'S REQUEST TO MODIFY PROPOSED JUDGMENT**<br><br>Re: Dkt. No. 74 |

On July 31, 2015, U.S. Magistrate Judge Laurel Beeler filed an Amended Report and Recommendation (the "Amended Report") to grant Plaintiff Jeffrey Wilens's ("Plaintiff") motion for default judgment.[1] *See* ECF No. 72. The time for objections has passed, and Defendant Doe 1 has not filed any. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). However, on August 11, 2015, Plaintiff filed a request to modify paragraph three of the proposed judgment. *See* ECF No. 74. In light of this filing, the Court requests that Judge Beeler issue a response, if she so wishes, to Plaintiff's request to modify the proposed judgment.

---

[1] The Amended Report supersedes the original Report and Recommendation filed on April 28, 2015. ECF No. 67.

1
Case No. 14-CV-02419-LHK
REQUEST FOR MAGISTRATE JUDGE TO RESPOND TO PLAINTIFF'S REQUEST TO MODIFY PROPOSED JUDGMENT

**IT IS SO ORDERED.**

Dated: August 19, 2015

_____
LUCY H. KOH
United States District Judge